IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALICIA N. WATKINS, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. GJH-17-894 |
| GUARDIANS OF VALOR, LLC., | * | |
| ANTHONY ANDERSON, JR., | | |
| STEVE MAYNE, | * | |
| AIR FORCE AMN/NCO/SNCO, | | |
| ROKDROP.NET, | * | |
| MEDIUM.COM, | | |
| FUNKER530.COM, | * | |
| Defendants | * | |

***

## ORDER

On June 19, 2017, this Court issued an Order requiring Plaintiff to show cause why the above-captioned Complaint should not be dismissed without prejudice for failure to effectuate service of process. ECF 6. To date, Plaintiff has failed to respond to the Order.

Accordingly, it is this 5th day of July, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL MAIL a copy of this Order to Plaintiff; and

3. The Clerk SHALL CLOSE this case.

GEORGE J. HAZEL
UNITED STATES DISTRICT JUDGE